**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2013 OCT 16 P 3: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

Vasuki Periyaswamy

Plaintiff,

Vs                                              Case #: 13-cv-11548-PBS

Jawahar Kumar aka Jawahar Karuppasamy Et. Al

Defendant

### MOTION TO REPLACE CLERK JENNIFER L ANDERSON

Plaintiff Vasuki Periyaswamy Pro Se, in the above civil action respectfully requests this court to replace clerk Jennifer L Anderson with someone else who could be more careful in their work not to cause their mistakes create an impact in plaintiff's legal process and experience with the court system, and not the discriminate the plaintiff negligently or intentionally in the services provided. The reasons and the evidences in support of this request are enclosed in the Memorandum of law in support of this motion and the exhibits in support of this motion.

Respectfully Submitted,

/S/ _____

Vasuki Periyaswamy,

34 Pinecrest Village,

Hopkinton, MA -01748

Ph: (508)-686-6435 (c)

Email: sameas12@gmail.com

Date: Oct 7, 2013

Filed on Oct 16, 2013