IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

VASUKI PERIYASWAMY,

Plaintiff,

v.                                                            Civil Action No.: 1:13-CV-11548-PBS

VIVEK PANDIAN,

Defendant.

## DEFENDANT'S MOTION TO DISMISS

Vivek Pandian, Defendant hereby moves to dismiss the Plaintiff's complaint. The grounds for this motion are set forth in the accompanying Memorandum of Law.

WHEREFORE, Vivek Pandian, Defendant asks this Court that the case be dismissed, with prejudice, and for all other proper relief.

Date: November 08, 2013

_____
Signature

VIVEK PANDIAN, PRO SE Defendant
2717 Addison Ln,
Johns Creek,
GA  30005
Tel: 404.806.0032

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on November 08, 2013, a copy of the foregoing Vivek Pandian – Defendant's Motion to Dismiss was deposited in the United States Postal Services to The United States District Court – District of Massachusetts and served a copy by mail to Plaintiff:

Vasuki Periyaswamy

34 Pinecrest Village

Hopkinton, MA 01748

Date: November 08, 2013

_Vivek Pandian_
Signature

VIVEK PANDIAN, PRO SE Defendant
2717 Addison Ln,
Johns Creek,
GA  30005
Tel: 404.806.0032