UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VASUKI PERIYASWAMY,<br>            Plaintiff,<br><br>v.<br><br>JAWAHAR KARUPPASAMY,<br>            Defendant. | CIVIL ACTION NO. 1:13-cv-11548-PBS |

## REQUEST FOR JUDICIAL NOTICE

Defendant Jawahar Karuppasamy, by and through its attorney, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1. On July 19, 2010 Plaintiff filed a complaint alleging many of the same facts she alleges in the above-entitled action entitled *Periyaswamy v. Comcast Internet Services*, Civil Action No. 10-11204 ("Comcast I"). A true and correct copy of the Complaint in the Comcast case is attached as Exhibit A. The case was dismissed by order of this Court for lack of diversity jurisdiction. A true and correct copy of the Order of Dismissal is attached as Exhibit B.

2. Plaintiff filed a complaint similar to that in above-entitled action entitled *Periyaswamy v. Comcast of Massachusetts I, Inc.* on March 4, 2012. That case was dismissed by an order of this Court under Fed. Rule Civ. Proc. 8(a). A true and correct copy of complaint and the Court's Docket showing the date of filing is attached as Exhibit C. A true and correct copy of the Court's Memorandum and Order dismissing the Comcast I case is attached as Exhibit D.

3. Plaintiff filed a complaint against her former employer entitled *Periyaswamy v. Perot Systems Healthcare*, Civil Action No. 11-11406 on August 4, 2011, a copy of the Court Docket showing the filing is attached as is attached as Exhibit E. The case was dismissed by order of this Court under Fed. Rule Civ. Proc. 4(m) and Local Rule 4.1(A) for failure to serve the complaint within 120 days. True and correct copies of the Order dismissing the action and the Report and Recommendations upon which it was based are attached as Exhibits F and G, respectively.

November 15, 2013

Defendant Jawahar Karuppasamy
By his attorney,

/s/ Rosario Mario F. Rizzo
_____
Rosario Mario F. Rizzo, Esq.
B.B.O. # 421610
801 Main Street
Concord, Massachusetts  01742-3312
Telephone:  (978) 371-2500
Fax: (978) 371-1352
Email: rosario.rizzo@rizzolawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to counsel of record on this 15th day of November 2013, and I hereby certify that a paper copy of this document was served by first class mail, postage pre-paid, on the pro se plaintiff:

      Vasuki Periyaswamy
      34 Pinecrest Village
      Hopkinton, MA 01748

                      /s/ Rosario Mario F. Rizzo

                      Rosario Mario F. Rizzo, Esq.